UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

BOULEY CHARLES NADAUD,

        Petitioner,           Case No. 1:26-cv-658

v.          Honorable Jane M. Beckering

DONALD EMERSON et al.,

        Respondents.
_____/

**ORDER**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement, challenging the lawfulness of Petitioner's current detention. The Court has reviewed the application pursuant to 28 U.S.C. § 2243. The Court has also reviewed Respondents' response and Petitioner's reply.

Respondents indicate that a hearing was scheduled before the Detroit Immigration Court on March 10, 2026. (Notice of Asylum-Only Hearing, ECF No. 5-2, PageID.43.) The Executive Office for Immigration Review website indicates that Petitioner is scheduled for a master hearing on March 25, 2026. *See* Automated Case Information, https://acis.eoir.justice.gov/en/ (enter 205-001-061 for the A-Number, select "France" for the Nationality, and select Submit) (last visited March 13, 2026). The Court orders as follows:

1. Respondents shall file a status report within three business days providing information regarding: whether the March 10, 2026 hearing occurred, and if so, what the Immigration Judge decided at the hearing; whether Petitioner's asylum-only proceedings will be resolved at the master hearing scheduled for March 25, 2026; and

if the March 25, 2026 hearing will not resolve Petitioner's asylum-only proceedings, what is scheduled to occur at the March 25, 2026 hearing.

2. Petitioner shall file a status report addressing the same issues noted above within two business days after Respondents have filed their status report.

**IT IS SO ORDERED**.

Dated:   March 16, 2026                              /s/ Jane M. Beckering
                                                     Jane M. Beckering
                                                     United States District Judge